UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEH KESHTKAR,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; DEBRA ROGERS, Field Director of the San Diego District of USCIS; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation,<br><br>  Defendants. | Case No. 07cv1324 JM (WMC)<br><br>ORDER GRANTING JOINT MOTION TO REMAND TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES<br><br>USCIS No. A79 364 035<br><br>[Docket No. 11] |

Having considered the parties' Joint Motion to Remand (Docket No. 11) and finding the motion meritorious, the Court GRANTS the motion to remand. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application within sixty days of this ORDER. Plaintiff has sixty days leave to amend her Complaint in the event the naturalization application is denied or is not adjudicated within sixty days of this ORDER.

IT IS SO ORDERED.

DATED: November 5, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge